# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs<br><br>v.<br><br>LOS PRADOS COMMUNITY ASSOCIATION, INC., et al.,<br><br>Defendants | Case No.: 2:16-cv-03008-APG-EJY<br><br>**Order Denying (1) Motion for Relief from Order and (2) Williston's Motion for Summary Judgment**<br><br>[ECF Nos. 35, 39] |

On February 25, 2020, I granted the motion for partial summary judgment filed by plaintiffs Bank of America, N.A. and Federal National Mortgage Association (Fannie Mae). ECF No. 33. Defendant Williston Investment Group, LLC now moves for relief from that order, arguing that it "failed to appreciate the deadlines and did not file an Opposition to the Motion." ECF No. 35 at 3:11-12. Williston contends its counsel's calendaring mistake justifies relief under Federal Rule of Civil Procedure 60(b).

Even accepting Williston's argument as true, it has failed to offer a meritorious defense that would justify setting aside summary judgment. The plaintiffs are entitled to judgment based upon the federal foreclosure bar of 12 U.S.C. § 4617(j)(3). In addition, I have reviewed Williston's newly filed motion for summary judgment (ECF No. 38), and it would not prevail on any of its arguments. Therefore, there is no reasonable basis to set aside my prior order granting summary judgment.

I THEREFORE ORDER that defendant Williston's motion for relief from judgment **(ECF No. 35) is denied.**

I FURTHER ORDER that Williston's motion for summary judgment **(ECF No. 39) is denied.**

DATED this 18th day of May, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2