UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A. and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiffs<br><br>v.<br><br>LOS PRADOS COMMUNITY ASSOCIATION, INC., et al.,<br><br>Defendants | Case No.: 2:16-cv-03008-APG-EJY<br><br>**Order (1) Dismissing Moot Claims, (2) Denying as Moot Motion for Judgment, and (3) Directing Clerk of Court to Enter Judgment and Close Case**<br><br>[ECF No. 34] |

I previously granted summary judgment in favor of plaintiffs Bank of America, N.A. and Federal National Mortgage Association (Fannie Mae) on their declaratory relief claim based on the federal foreclosure bar in 12 U.S.C. § 4617(j)(3). ECF No. 33.  I did not direct the clerk of court to enter judgment because the plaintiffs' damages claims against defendants Los Prados Community Association, Inc. and Nevada Association Services, Inc. remained pending. *See* ECF No. 1.  Because these claims were alternative to the plaintiffs' declaratory relief claim, I dismiss them as moot.  And because I dismiss those claims as moot, I deny the plaintiffs' motion for certification under Federal Rule 54(b) as moot and direct the entry of final judgment.

I THEREFORE ORDER that the plaintiffs' alternative damages claims against defendants Los Prados Community Association, Inc. and Nevada Association Services, Inc. are DISMISSED as moot.

I FURTHER ORDER that the plaintiffs' motion for entry of final judgment under Federal Rule of Civil Procedure 54(b) **(ECF No. 34) is DENIED as moot**.

I FURTHER ORDER the clerk of court to enter judgment in favor of the plaintiffs and against defendant Williston Investment Group, LLC as follows: It is hereby declared that the

homeowners association's non-judicial foreclosure sale conducted on January 18, 2013 did not extinguish Federal National Mortgage Association's interest in the property located at 5236 Woodlawn Lane in Las Vegas, Nevada, and thus the property is subject to the deed of trust.

      I FURTHER ORDER that the clerk of court to close this case.

      DATED this 1st day of June, 2020.

                                            ANDREW P. GORDON
                                            UNITED STATES DISTRICT JUDGE